**JASON G. REVZIN**
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER A. LEE, <br><br> Plaintiff, <br><br> v. <br><br> EDUCATORS CREDIT UNION, WELLS FARGO HOME MORTGAGE, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC, <br><br> Defendants. | Case No. 2:17-cv-01215-JCM-GWF <br><br> **STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

COME NOW Plaintiff Jennifer A. Lee ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, and file their Joint Stipulation Extending Defendant Trans Union's Time to Respond to Plaintiff's Complaint.

On April 28, 2017, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is June 7, 2017. Trans Union is in need of additional time to investigate Plaintiff's claims and respond to the allegations and details in Plaintiff's Complaint. Plaintiff has agreed to extend the deadline in which Trans Union has to

/ / /

/ / /

/ / /

file responsive pleadings to Plaintiff's Complaint until July 7, 2017. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

DATED: June 1, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

    /s/ Jason G. Revzin
**JASON G. REVZIN**
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com

**COUNSEL FOR TRANS UNION LLC**

**KAZEROUNI LAW GROUP, APC**

    /s/ MICHAEL KIND
MICHAEL KIND
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
Email: mkind@kazlg.com

**COUNSEL FOR PLAINTIFF**

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6/02/2017