MARC S. CWIK
Nevada Bar No. 006946
BRADLEY M. MARX
Nevada Bar No. 12999
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Defendant EDUCATORS CREDIT UNION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER A. LEE,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATORS CREDIT UNION; WELLS FARGO HOME MORTGAGE; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANS UNION LLC,<br><br>Defendants. | CASE NO. 2:17-cv-1215<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EDUCATORS CREDIT UNION TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [#1]**<br>(Second Request) |

IT IS HEREBY STIPULATED between Plaintiff Jennifer A. Lee ("Plaintiff"), by and through its counsel of record, Michael Kind, Esq., of the law firm KAZEROUNI LAW GROUP, APC, and Defendant Educators Credit Union ("Defendant"), by and through its counsel of record, Marc S. Cwik, Esq., of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP; pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, that the time for Defendant to respond to Plaintiff's Complaint [#1] on file herein is hereby further extended to and including Wednesday, July 19, 2017. Defendant requested this extension to allow additional and sufficient time for investigation of the factual allegations and Plaintiff has agreed to same.

4831-0024-5067.1

STIPULATION AND ORDER TO EXTEND TIME

2:17-cv-1215

IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does not operate as any admission against interest by Plaintiff concerning the Complaint [#1], nor as a waiver of any defense that Defendant may have with regard to the Complaint [#1], to the Court's jurisdiction over this matter, to the venue of this matter, or to service and service of process.

DATED this 12th day of July, 2017.    DATED this 12th day of July, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Marc S. Cwik
MARC S. CWIK, ESQ.
Nevada Bar No. 006946
BRADLEY M. MARX
Nevada Bar No. 12999
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
AcceptanceNow*

KAZEROUNI LAW GROUP, APC

By /s/ Michael Kind
MICHAEL KIND, ESQ.
Nevada Bar No.: 13903
7854 West Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 13, 2017