Bradley T. Austin
Nevada Bar No. 13064
Snell & Wilmer L.L.P.
3883 Howard Hughes Pkwy, Suite 1100
Las Vegas, NV 89169
Tel: 702-784-5200
Fax: 702-784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER A. LEE,<br><br>Plaintiff,<br><br>vs.<br><br>EDUCATORS CREDIT UNION, WELLS FARGO HOME MORTGAGE, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:17-cv-01215-JCM-GWF<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(THIRD REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff Jennifer A. Lee has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 21, 2017 through and including **August 4, 2017**. Plaintiff and Equifax continue to discuss settlement. The additional time to respond to the Complaint will facilitate settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

///

4837-1591-3548

1

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 21st day of July, 2017.

        SNELL & WILMER LLP

        By: /s/ *Bradley Austin*
            Bradley T. Austin
            Nevada Bar No. 13064
            3883 Howard Hughes Pkwy
            Suite 1100
            Las Vegas, NV 89169

        *Attorneys for Defendant Equifax Information Services LLC*

        **No opposition**

        KAZEROUNI LAW GROUP, APC

        By: /s/ *Michael Kind*
            Michael Kind, Esq.
            6069 South Fort Apache Road, Suite 100
            Las Vegas, NV 89148

        *Attorney for Plaintiff Jennifer A. Lee*

## ORDER

**IT IS ORDERED** that Equifax shall respond to Plaintiff's Complaint on or before August 4, 2017.

DATED: July 24, 2017

                                            /s/ George Foley Jr.
                                            United States Magistrate Judge

4837-1591-3548

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 21st day of July, 2017, via CM/ECF, upon:

David H. Krieger, Esq.
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Email: dkrieger@hainesandkrieger.com

Michael Kind, Esq.
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Email: mkind@kazlg.com

By: /s/ Gaylene Kim
An employee of Snell & Wilmer L.L.P.

4837-1591-3548

- 3 -