1  Kelly H. Dove (Nevada Bar No. 10569)
   Karl O. Riley (Nevada Bar No. 12077)
2  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
3  Las Vegas, Nevada 89169
   Telephone: 702.784.5200
4  Facsimile: 702.784.5252
   Email: kdove@swlaw.com
5         kriley@swlaw.com

6  *Attorneys for Defendant Wells Fargo Bank, N.A.,
   erroneously named as Wells Fargo Home Mortgage*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNIFER A. LEE,<br><br>        Plaintiff,<br><br>v.<br><br>EDUCATORS CREDIT UNION, WELLS FARGO HOME MORTGAGE, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION, LLC,<br><br>        Defendants. | Case No.:   2:17-cv-01215-JCM-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT**<br><br>**FIRST REQUEST** |

Plaintiff Jennifer A. Lee ("Plaintiff") and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage ("Wells Fargo, together with Plaintiff, the "Parties"), agrees, by and through their counsel, to stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, Plaintiff filed the Complaint on April 28, 2017;

WHEREAS, Plaintiff purportedly served Wells Fargo on June 5, 2017, making Wells Fargo's response to the Complaint is allegedly due June 26, 2017;

WHEREAS, it is disputed whether Plaintiff properly effected service of Wells Fargo and whether Wells Fargo had a duty to respond; thus, this request for extension is timely;

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to respond to Plaintiff's Complaint;

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Complaint on or before September 27, 2017.

**IT IS SO STIPULATED.**

Dated: September 19, 2017.

    KAZEROUNI LAW GROUP, APC

By: */s/ David Krieger*
Michael Kind, Esq. (SBN 13903)
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148

Sara Khosroabadi, Esq. (SBN 13703)
HYDE & SWIGART
7854 W. Sahara Avenue
Las Vegas, NV 89117

David H. Krieger, Esq. (SBN 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123

*Attorneys for Plaintiff Jennifer A. Lee*

Dated: September 19, 2017.

    SNELL & WILMER L.L.P.

By: */s/ Karl O. Riley*
Kelly H. Dove, Esq.
Karl O. Riley, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage*

Dated: September 19, 2017.

    SNELL & WILMER L.L.P.

By: */s/ Bradley T. Austin*
Bradley T. Austin, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

*Attorney for Equifax Information Services, LLC*

Dated: September 19, 2017.

    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Bradley M. Marx*
Bradley M. Marx, Esq.
Marc S. Cwik, Esq.
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118

*Attorneys for Defendant Educators Credit Union*

| | |
|---|---|
| Dated: September 19, 2017. | Dated: September 19, 2017. |
| NAYLOR & BRASTER | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster, Esq.<br>Andrew J. Sharples, Esq.<br>1050 Indigo Dr., Suite 200<br>Las Vegas, NV 89145 | By: */s/ Jason Revzin*<br>Jason Revzin, Esq.<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118 |
| *Attorneys for Experian Information Solutions, Inc.* | *Attorneys for Defendant Trans Union LLC* |

**ORDER**

IT IS ORDERED THAT Wells Fargo shall respond to Plaintiff's Complaint on or before September 27, 2017.

**IT IS SO ORDERED.**

DATED: _____September 20___, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4832-0372-0782.2