1 | Michael Kind, Esq.
Nevada Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No. 13703
**HYDE & SWIGART**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (619) 233-7770
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Jennifer A. Lee*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer A. Lee,<br><br>Plaintiff,<br>v.<br><br>Educators Credit Union, Wells Fargo Home Mortgage, Equifax Information Services LLC, Experian Information Solutions, Inc. and Trans Union LLC,<br><br>Defendants. | Case No.: 2:17-cv-01215-JCM-GWF<br><br>**Stipulation of Dismissal of Defendant Trans Union LLC** |

1       Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff
2  Jennifer A. Lee ("Plaintiff") and Defendant Trans Union LLC ("Defendant")
3  stipulate to dismiss with prejudice Plaintiff's claims against Defendant only.  Each
4  party will bear its own costs, disbursements, and attorney fees.
5  DATED this 6th day of October 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**STRASBURGER & PRICE LLP**

By: /s/ Lauren Wood
Lauren Wood, Esq.
2600 Dallas Parkway Suite 600
Frisco, TX 75034
*Admitted Pro Hac Vice*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Jason Revzin, Esq.
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Trans Union LLC*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated: October 13, 2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 6, 2017, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148