Michael Kind, Esq. (SBN: 13903)
**KAZEROUNI LAW GROUP, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

Sara Khosroabadi (SBN: 13703)
**HYDE & SWIGART**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: 619-233-7770
Fax: 619-297-1022
Email: sara@westcoastlitigation.com

David H. Krieger, Esq. (SBN: 9086)
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Jennifer A. Lee*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer A. Lee, <br><br> Plaintiff, <br> v. <br><br> Educators Credit Union, Wells Fargo Home Mortgage, Equifax Information Services LLC , Experian Information Solutions, Inc. and Trans Union LLC, <br><br> Defendants. | Case No. 2:17-cv-01215-JCM-GWF <br><br> **STIPULATION OF DISMISSAL OF WELLS FARGO HOME MORTGAGE** |

KAZEROUNI LAW GROUP, APC
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jennifer A. Lee ("Plaintiff") and Defendant Wells Fargo Home Mortgage ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of February 2018.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
*Attorneys for Plaintiff*

**SNELL & WILMER LLP**

By:  /s/ Karl O Riley
Kelly H Dove, Esq.
Karl O Riley, Esq.
3883 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendant*
*Wells Fargo Home Mortgage*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

Dated:  February 8, 2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on February 6, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148